W. C. Handley, appellee, v. E. H. Robinson, appellant. Gen. No. 33,587.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Cohen & Berke, for appellant; Harry F. Brewer, of counsel. Nuttall & Chism and Newby & Murphy, for appellee; Harry A. Newby, Arch. F. Nuttall and Geo. M. Burditt, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel Bright, appellant, v. Sam Lipavsky et al., appellees. Gen. No. 33,605.

Opinion filed December 31, 1929.

Louis T. Herzon, for appellant; Rosenberg, Braude & Zimmerman and Blanksten, Freeman & Blanksten, for appellee; H. J. Rosenberg and Irving Berman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

William J. Savage, appellee, v. Claude W. Morris and Nicholas M. Ellis, appellants. Gen. No. 33,614.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Austin L. Wyman, for appellants; Harold Engstrom, of counsel. Hubert E. Page, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Harry M. Stern et al., appellants, v. Louis Fishman and Herman Fidler, appellees. Gen. No. 33,623.

Opinion filed December 31, 1929.

Woods, Bishop & Cohen, for appellants; John E. Foster, of counsel. Gallagher, Shulman & Abrams, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.